## INDEX OF EXHIBITS

| Exhibit No. | TITLE OR DESCRIPTION | Bates Nos. |
|---|---|---|
| 1. | Claim for Damage, Injury or Death | 00001 - 00003 |
| 2. | Letter from Department of the Navy to Attorney Michael L. Kirby Dated October 5, 2021 | 00004 - 00005 |
| 3. | Letter from Michael L. Kirby to Department of the Navy, dated December 3, 2021 | 00006 - 00008 |
| 4. | Letter from Defense Health Agency to Gregory Girard, dated April 1, 2022 | 00009 - 00010 |

{K&K02255941}

EXHIBIT 1
to Plaintiff's Complaint

00001

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**
Office of the Judge Advocate General
Tort Claims Unit
9620 Maryland Avenue, Ste. 205
Norfolk, VA 23511-2949

**2. Name, address of claimant, and claimant's personal representative if any (See instructions on reverse). Number, Street, City, State and Zip code**
Michelle C. Lee
3767 Jennings Street
San Diego, CA 92101

Rep: Michael L. Kirby, Esq.
KIRBY & KIRBY LLP
501 West Broadway, Ste. 1720
San Diego, CA 92101
619-557-4402
mike@kirbyandkirbylaw.com

**3. TYPE OF EMPLOYMENT:** [ ] MILITARY  [X] CIVILIAN
**4. DATE OF BIRTH:** 5/3/67
**5. MARITAL STATUS:** Married
**6. DATE AND DAY OF ACCIDENT:** 9/17/18
**7. TIME (A.M. OR P.M.):** 8:00 a.m.

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant Michelle Lee is the wife of Claimant Kenneth Lee. She makes this claim for her loss of consortium, which is based on the same evidence, materials and information submitted by Claimant Kenneth Lee with his Standard Form 95, which is incorporated herein for this claim.

## 9. PROPERTY DAMAGE

**NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT** (Number, Street, City, State, and Zip Code)
n/a

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED** (See instructions on reverse side)
n/a

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Claimant Michelle Lee is the wife of Claimant Kenneth Lee. She makes this claim for her loss of consortium, which is based on the same evidence, materials and information submitted by Claimant Kenneth Lee with his Standard Form 95, which is incorporated herein for this claim.

## 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

## 12. AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights) |
|---|---|---|---|
| n/a | $ 1,000,000.00 | n/a | $ 1,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side)
/s/ Michelle Lee

**13b. PHONE NUMBER OF PERSON SIGNING FORM**

**14. DATE OF SIGNATURE:** 9/15/2020

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**
Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

00002

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number   ☐ No

n/a

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes  ☐ No   **17. If deductible, state amount**

n/a

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

n/a

**19. Do you carry public liability and property damage insurance?** ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code)   ☐ No

n/a

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

00003

EXHIBIT 2
to Plaintiff's Complaint

00004



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
TORT CLAIMS UNIT NORFOLK
9620 MARYLAND AVENUE SUITE 205
NORFOLK VA 23511-2949

IN REPLY REFER TO

32 C.F.R. Part 45
Ser J201715
October 5, 2021

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

MICHAEL L KIRBY ESQ
KIRBY & KIRBY LLP
501 W BROADWAY STE 1720
SAN DIEGO CA 92101

**RECEIVED**

OCT 1 2 2021

KIRBY & KIRBY LLP

Dear Mr. Kirby:

SUBJECT: INITIAL DETERMINATION - FAILURE TO STATE A CLAIM ICO MICHELLE C LEE; OUR FILE NO. J201715

The Tort Claims Unit received your client's claim on September 16, 2020 against the United States pursuant to 10 U.S.C. § 2733a alleging negligent medical care in the treatment of Michelle Lee's spouse, Kenneth Lee. After a thorough review of the claim and the applicable statutes and regulations, we have made an Initial Determination with regard to your client's claim.

The claim fails to state a claim cognizable under 10 U.S.C. § 2733a and its implementing regulation. Pursuant to 32 C.F.R. § 45.3, a claim may only be filed by a member of the uniformed services (or his authorized representative). The statute does not permit derivative claims. Accordingly, your client is not a proper claimant and, therefore, the claim is denied.

If your client disagrees with this Initial Determination, you may administratively appeal the decision to the Defense Health Agency Appeals Board. 32 CFR §45.13(a). This appeal should explain why you disagree with the Initial Determination but cannot include any additional information in support of the claim unless requested by the Appeals Board. The appeal must be received by this office within 60 calendar days of the date of your receipt of the Initial Determination.

If you have any questions, please contact me by phone at (757) 341-4538, fax at (757) 341-4562, or email at kristina.l.schlieter.civ@us.navy.mil.

Sincerely,

*Kristina L. Schlieter*
KRISTINA L. SCHLIETER
Tort Claims Attorney

00005

EXHIBIT 3
To Plaintiff's Complaint

00006



# KIRBY & KIRBY LLP
### ATTORNEYS AT LAW

MICHAEL L. KIRBY
619.557.4402 Direct
619.985-9792 Cell
mike@kirbyandkirbylaw.com

December 3, 2021

Kristina L. Schlieter, Esq.　　　　　　　　Via Federal Express, U.S. Mail, and Email
Tort Claims Attorney　　　　　　　　　　Transmittal Kristina.l.schlieter.civ@us.navy.mil
Department of the Navy
Office of the Judge Advocate General
Tort Claims Unit Norfolk
9620 Maryland Ave., Suite 205
Norfolk, VA 23511-2949

Re:　**Notice Of Appeal of Initial Determination as to Michelle C. Lee**
　　　Your File No.:　　J201715
　　　My Client:　　　Michelle Lee

Dear Ms. Schlieter:

　　　Notice is hereby given that Claimant Michelle C. Lee appeals to the Defense Health Agency Appeals Board from the decision denying her claim for loss of Consortium as set forth in the Department Of The Navy's letter dated October 5, 2021 in this matter, which was received by my office on October 12, 2021. A copy of that letter denying this claim by Michelle Lee is attached hereto for your ease of reference.

　　　As requested in the Navy's letter of October 5, 2021, Michelle Lee will briefly explain why she disagrees with the Navy's denial of her claim. The applicable Statute was enacted to make relief available to victims of military medical negligence. The pending concurrent claim by her husband, Kenneth Lee [Your File No. J20172] sets forth the substantial damages suffered by Kenneth Lee, which also resulted in the substantial damages for loss of consortium suffered by his wife, Michelle Lee.

　　　Michelle Lee further disagrees with the denial of her claim because it is contrary to federal law and public policy. The statute which now permits claims against the federal government arising from medical negligence is obviously similar to the Federal Tort Claims Act ("FTCA"). Established case law holds that "The FTCA authorizes tort actions against the United States 'under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.'" (quoting 28 U.S.C. section 1346(b)(1), *Tritz v. U.S. Postal Service*, 721 F.3d1133, 1140 (9th Cir. 2011). That federal statute provides that the liability of the government is to be determined in accordance with the law of the place where the act or omission occurred. It is undisputed here

{K&K02216597}
501 WEST BROADWAY, SUITE 1720, SAN DIEGO, CA 92101 | P: 619 487 1500 | WWW.KIRBYANDKIRBYLAW.COM

00007



Kristina L. Schlicter, Esq.
Department of the Navy
Office of the Judge Advocate General
December 3, 2021
Page 2

that the medical negligence giving rise to this claim occurred entirely in California. Claims for loss of consortium under the FTCA are permitted in California. See, e.g., *Bosworth v. United States* (C.D. Cal; December 9, 2016, Case No. CV-14-0498 DMG (SS)) 2016 WL 9651128 at *14.

California law clearly recognizes the existence of a cause of action for loss of consortium by the spouse of the person injured by medical negligence. In California, loss of consortium is a common law tort. *Leonard v. John Crane, Inc.*, (2012) 206 Cal.App.4th 1274,1280. It cannot be seriously suggested that the spouse of Kenneth Lee has not been injured by the medical negligence which caused such permanent damage to Kenneth Lee. California law governs this claim.

It should be noted that the approved Form signed by Michelle Lee for submitting her separate claim here (copy enclosed) clearly contemplates claims by persons who are not active military personnel. Section 3 of that form asks for the claimant's "TYPE OF EMPLOYMENT" and the two choices are: Military and Civilian. If these claims are limited to only active military personnel, there would be no reason to include the "Civilian" choice.

It is respectfully requested this claim by Michelle Lee be permitted to proceed.

Respectfully submitted,

Michael L. Kirby
of
Kirby & Kirby LLP

cc: Ms. Michelle Lee
 (Via Email Transmittal)

{K&K02216597}

EXHIBIT 4
to Plaintiff's Complaint

00009

**DEFENSE HEALTH AGENCY**
7700 ARLINGTON BOULEVARD, SUITE 5101
FALLS CHURCH, VIRGINIA 22042-5101

OGC

April 1, 2022

Mr. Gregory Girard, Chair
Military Malpractice Claim Appeals Board
7700 Arlington Boulevard, Suite 5101
Falls Church, VA 22042-5101

**RECEIVED**

APR 07 2022

**KIRBY & KIRBY**

Michael L. Kirby Esq.
Kirby & Kirby LLP
501 W Broadway Suite 1720
San Diego, CA 92101

Re: Medical Malpractice Appeal – Michelle Lee, Claim J201715

Dear Mr. Kirby:

In accordance with United States Code, Title 10, Section 2733a and Code of Federal Regulations, Title 32, Part 45, and after a thorough review of Ms. Lee's appeal and the written record, the Military Medical Malpractice Claims Appeals Board voted and adopts the Navy finding her claim fails to state a claim cognizable under 10 U.S.C. § 2733a and its implementing regulation because the statute does not permit derivative claims. 10 U.S.C. § 2733a(b)(1); 32 C.F.R. § 45.3. Therefore, the appeal is denied.

In accordance with United States Code, Title 10, Section 2733a and Code of Federal Regulations, Title 32, Section 45.14, this letter is the Final Determination of the appeal.

Sincerely,

GIRARD.GREGORY.1068813839 *(digitally signed)*

Gregory Girard, Chair
Military Malpractice Claim Appeals Board

cc:
Department of the Navy

00010